1052

[No. 49247-1-I.   Division One.   July 29, 2002.]

DAVID B. SWANSON, ET AL., *Appellants*, v. ROBIN C. BUERKI III, ET AL., RESPONDENTS.

Appeal from judgments of the Superior Court for King County, No. 00-2-11274-2, Mary Yu, J., entered November 8 and December 5, 2000. *Affirmed* by unpublished opinion per Becker, C.J., concurred in by Grosse and Cox, JJ.

[No. 20089-2-III.   Division Three.   August 1, 2002.]

THOMAS E. MYERS, *Appellant*, v. THE CITY OF CHENEY, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 00-2-07257-5, Salvatore F. Cozza, J., entered March 29, 2001. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Kato, A.C.J., and Schultheis, J.

[No. 26560-5-II.   Division Two.   August 2, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. TODD H. GREGORY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-00741-0, Sergio Armijo, J., entered October, 20, 2000. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Hunt, C.J., and Seinfeld, J.

[No. 26611-3-II.   Division Two.   August 2, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JACK N. SCOTT, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-02374-1, Brian M. Tollefson, J., entered October 30, 2000. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Hunt, C.J., and Seinfeld, J.